# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA STATE PRISON, et al.,<br><br>　　　　Defendants. | Case No. 1:15-cv-01009 LJO DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER<br><br>THIRTY-DAY RESPONSE DEADLINE |

　　　Plaintiff Brandon Alexander Favor ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.[1]  He filed this action on June 30, 2015.

　　　On November 4, 2015, the Court dismissed Plaintiff's complaint with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days of the date of service of the order.  Over thirty (30) days have passed and Plaintiff has failed to comply with the order.

　　　Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why he failed to comply with the Court's November 4, 2015, order.  Plaintiff must file a response to this order within thirty (30) days of the date of service.  Plaintiff may also comply with this order by filing an amended complaint.

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on October 31, 2014, and November 3, 2014.

1

1  <u>Failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated: __**December 18, 2015**__       _____/s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE